# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALBERT ANDREW ROMERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-24-325-J |
| ) | |
| STEVEN HARPE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, a state prisoner appearing pro se, filed a complaint alleging violations of his civil rights under 42 U.S.C. § 1983. This matter was referred to United States Magistrate Judge Shon T. Erwin consistent with 28 U.S.C. § 636(b)(1)(B). [Doc. No. 3]. On May 14, 2024, Judge Erwin issued a Report and Recommendation recommending the Court dismiss the Complaint, without prejudice, for failure to state a claim upon which relief may be granted. Plaintiff has filed objections to the Report and Recommendation which triggers de novo review. [Doc. Nos. 11 and 12]. Having carefully reviewed the Report and Recommendation and Plaintiff's objections, the Court concludes that Plaintiff has failed to state a claim upon which relief may be granted and that the Complaint should be dismissed. Accordingly, the Court ADOPTS the Report and Recommendation [Doc. No. 10] and DISMISSES the Complaint without prejudice.

IT IS SO ORDERED this 4th day of June, 2024.

_____
BERNARD M. JONES
UNITED STATES DISTRICT JUDGE